# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00735-CV

**A. C. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C170035CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A. C. R. filed her notice of appeal on November 2, 2018. The appellate record was complete November 20, 2018, making appellant's brief due December 10, 2018. On December 10, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 27, 2018. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 12, 2018.


Before Justices Puryear, Goodwin, and Bourland